114 A.3d 1036

CENTRAL WESTMORELAND CAREER AND TECHNOLOGY CENTER EDUCATION ASSOCIATION, PSEA/NEA, Colleen Conko, Sabine Lynn, Daniel Lusk, Matthew Morrell, and James Mark Schoming,

v.

PENN–TRAFFORD SCHOOL DISTRICT.

Petition of Central Westmoreland Career and Technology Center Education Association, PSEA/NEA, Colleen Conko, Sabine Lynn, and Daniel Lusk.

Supreme Court of Pennsylvania.

May 20, 2015.

## ORDER

PER CURIAM.

AND NOW, this 20th day of May, 2015, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

Whether the Commonwealth Court erred in affirming the trial court's decision granting summary judgment in favor of the school district and denying summary judgment in favor of the furloughed teachers with respect to the teachers claim under subsection (b.1) of the Transfer of Entities Act, 24 P.S. § 11–1113 *et seq.*, where the Commonwealth Court's conclusion that the furloughed teachers had no future reemployment rights under the Act effectively renders subsection (b.1), added through legislative amendment in 1991, to be meaningless and inconsistent with the School Code read in pari materia[?]